June 4, 1974.

No. 286. BERRY and wife, Plaintiffs, v. SCHOLZ and wife, Defendants and Third-Party Plaintiffs and Appellants: NOWICKI-KASSUBA, INC., Third-Party Defendant and Respondent.

(Also reported in 218 N. W. 2d 375.)

The cause was submitted for the appellants on the briefs of *Stan L. Lenchek* of Milwaukee, and for the respondent on the brief of *Phillip E. Crump* and *Borgelt, Powell, Peterson & Frauen,* all of Milwaukee.

Judgment reversed.